JOHN McCLOSKEY, Respondent, v. RIDGE BOULEVARD CONSTRUCTION COMPANY, INC., and ÆTNA ACCIDENT AND LIABILITY COMPANY, Appellants. — Judgment of the County Court of Kings county affirmed, with costs. No opinion. Thomas, Stapleton, Mills, Putnam and Blackmar, JJ., concurred.

DONALD McKELLAR, Respondent, v. AMERICAN SYNTHETIC DYES, INCORPORATED. Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

BERNARD MARTIN, as Administrator, etc., of SARAH MARTIN, Deceased, Respondent, v. LOUIS ROSENGARTEN, Appellant, and BERT GADDIS, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

ELIZABETH MARTIN, Respondent, v. LOUIS ROSENGARTEN, Appellant, and BERT GADDIS, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

MADELEINE MATZHOLD, Respondent, v. I. WILLETTS GARDNER, Appellant. — Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ., concurred.

GEORGE T. MAXWELL and Another, Respondents, v. LILA S. SCOVILLE, as Executrix of JOHN H. SCOVILLE, Deceased, Appellant, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion for bill of particulars granted, without costs, upon the ground that the defendant, appellant, was entitled to have the particulars of the very general allegations contained in the exceedingly prolix and complex complaint. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

IDA MEIER, as Administratrix, etc., of JAMES H. MEIER, Deceased, Respondent, v. PAUL GLASSER, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

MAX MEYER, Respondent, v. UNITED DRESSED BEEF COMPANY, Appellant. — Judgment and order affirmed, with costs. No opinion. Stapleton, Rich, Putnam and Blackmar, JJ., concurred; Jenks, P. J., not voting.

WILLIAM NORKE, Respondent, v. JOHN WHITE, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the verdict to the sum of $3,500; in which event the judgment, as so modified, and the order are affirmed, without costs. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

ANNIE NOSNER, Respondent, v. BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.